FILED

07/12/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0256

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0256

---

STATE OF MONTANA,

     Plaintiff and Appellee,

  v.

CHARLES DAVID AMENT,

     Defendant and Appellant.

---

## GRANT OF EXTENSION

---

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including August 20, 2024, within which to prepare, serve, and file its response brief.

RB

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 12 2024